IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TAISHA PARROTT | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-15-1333 |
| | * | |
| BRANCH BANKING AND TRUST CO. | * | |

******

## MEMORANDUM

Plaintiff has brought this action against Branch Banking and Trust Company in connection with a loan made by the U.S. Mortgage Finance Corporation two her in the amount of $149,307. Plaintiff has filed both an original complaint and an amended complaint. Defendant has moved to dismiss the amended complaint. Plaintiff has responded. The motion will be granted.

It is undisputed that plaintiff has defaulted in her payments on the loan in question. The foreclosure action was filed in the Circuit Court for Prince George's County, Maryland, and the sale was ratified in that action. Whether or not this court has jurisdiction under the so called *Rooker-Feldman* doctrine, it is clear that plaintiff could have asserted any claims that she had against Branch Banking and Trust Company in the foreclosure action. She did not do so, and her action here is therefore barred by the doctrine of *res judicata*.

Plaintiff apparently contends that Branch Banking and Trust Company does not own the loan in question. According to her, her loan is owned by Ginnie Mae. Branch Banking and Trust Company has attached to its motions paper internet communications that state "Ginnie Mae does not buy or sell loans or issue mortgage bank securities." Instead, it guarantees mortgage loans. This court may take judicial notice of the same facts.

1

A separate order granting defendant's motion to dismiss the amended complaint is being entered herewith.

Date: 3/**/16

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF ...
2016 MAR 22 PH 3:51
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY