IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TAISHA PARROTT                        *
                                   *
                                   *
v.                                    *     Civil No. – JFM-15-1333
                                   *
BRANCH BANKING AND TRUST CO.          *
                               ******

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 22nd day of March 2016

ORDERED

1. Defendant's motion to dismiss the amended complaint (document 9) is granted; and

2. This action is dismissed.

_____
J. Frederick Motz
United States District Judge

DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2016 MAR 22 PM 3: 51
U.S. DISTRICT COURT
DISTRICT OF ...
FILED